# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| SASENARINE SINGH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 4:12-cv-3970-KOB-PWG |
| ) | |
| ERIC HOLDER, et al., ) | |
| ) | |
| Respondents. ) | |
| ) | |

## MEMORANDUM OPINION

This case is before the court on the Respondents' Motion to Dismiss as Moot filed October 22, 2013. (Doc. 15). In their motion, the Respondents note that the Petitioner was removed from the United States on November 15, 2012. (Doc. 15-1).

Because the Petitioner has been removed from the United States, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, the Respondents' motion to dismiss is due to be granted and the petition is due to be dismissed.

The court will enter a separate Order in conformity with this Memorandum Opinion.

DONE and ORDERED this 27th day of November, 2013.

KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE